AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McDade, Joe B. | United States District Court | 05/12/2010 |

| 4. Title (Article III judges indicate active or senior status: magistrate judges indicate full- or part-time)  Active U.S. District Judge | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2009 to 12/31/2009 |
|---|---|---|

| 7. Chambers or Office Address  127 Federal Building  100 N.E. Monroe Street  Peoria, IL 61602 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Emeritus Status Member | American Inn of Court/Abraham Lincoln of Peoria |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1992 | Illinois State Retirement System: Judicial Pension upon retirement in 1992 |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDade, Joe B. | 05/05/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDade, Joe B. | 05/05/2010 |

**V. GIFTS.** *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

**VI. LIABILITIES.** *(Includes those of spouse and dependent children: see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Reliastar Life Ins | Policy Loan | J |
| 2. | Metropolitan Life Ins Co | Policy Loan | K |
| 3. | Commerce Bank of Peoria, IL | Personal Loan | L |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDade, Joe B. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Commerce Bank Accts | C | Interest | L | T | | | | | |
| 2. Reliastar Life Ins Co (whole life) | A | Dividend | J | T | | | | | |
| 3. Note Revble Lexington Assoc Ltd | A | Interest | J | U | | | | | |
| 4. Met Life (universal life) | A | Dividend | J | T | | | | | |
| 5. Southside Bank Accts | A | Interest | L | T | | | | | |
| 6. Wells Fargo Advisors IRA acct - formerly Wachovia Sec LLC | B | Dividend | M | T | | | | | |
| 7. -- American Funds: Captl Inc Bldfs Fd Class C (mutl fd) | | | | | Sold | 07/02/09 | K | | |
| 8. -- American Funds: Income Fd of Amer Class C (mutl fd) | | | ... | | Sold (part) | 07/02/09 | K | | |
| 9. -- Hartford ILA Leaders Outlook Variable (annuity) | | | | | | | | | |
| 10. -- Lincoln Natl Life Ins Co (annuity)(see Part VIII) | | | | | | | | | |
| 11. Robert W Baird & Co Inc (IRA acct)(see Part VIII) | | None | | | Distributed | 08/14/09 | L | | |
| 12. -- GE Company (stock) | | | | | Sold | 08/11/09 | J | | |
| 13. -- Cohen & Steers Reit & Util Income FD Inc | | | | | Sold | 08/11/09 | J | | |
| 14. -- Nuveen Multi Strategy Income & Growth Fund II | | | | | Sold | 08/11/09 | J | | |
| 15. -- Baird Money Market | | | | | Closed | 08/11/09 | J | | |
| 16. -- Medical Properties Trust | | | | | Sold | 08/11/09 | J | | |
| 17. -- Calamos Global Dunamics Income Fund | | | | | Sold | 08/11/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McDade, Joe B. | 05/05/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII. Investments and Trusts

18. -- Active Power, Inc. (X)     Buy 03/25/09    J

19. -- Active Power, Inc. (X)     Sold 08/11/09    J

20. -- BP PLC Sponsored ADR (X)     Buy 03/25/09    J

21. -- BP PLC Sponsored ADR (X)     Sold 08/11/09    J

Part VII.

Item #3. Note Receivable -- Lexington Assoc. Ltd., a Colorado Ltd. Partnership c/o Cheyenne Mountain Investments, Colorado Springs, Co., re installment sale of ▨▨▨▨▨ Apartments, Peoria, IL, owned by Invetors Land Tr #50 of which I own 1.9048% beneficial interest -- Jefferson Trust & Savings Bank of Peoria, IL, Trustee, Under Trust Agreement.

Items #6, 7, 8, 9, and 10 -- Item #6 is the brokerage account at Wells Fargo Advisors, formerly Wachovia which consists of the assets listed at items #7, 8, 9, and 10.

Items #12, 13, 14, 15, 16, 17, 18, 19, 20, and 21 -- All are assets of my IRA account managed by Baird listed at Item 11. A total distribution of this account was made on August 14, 2009.

Item #10 -- In my 2008 Report, this asset was inadvertantly listed as a separate asset and not as one of the assets included in the Wachovia IRA account. I have corrected this omission by listing this asset under the Wells Fargo IRA account, formerly Wachovia Sec. LLC.

| Name of Person Reporting | Date of Report |
|---|---|
| McDade, Joe B. | 05/05/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544